IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUN 14 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12CR00176-AWI-DLB |
| Plaintiff, | **[PROPOSED] ORDER UNSEALING INDICTMENT** |
| v. | |
| ISRAEL PEREZ," AKA MANUEL VELASQUEZ, AKA "MANNY, ET AL., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the indictment in the above-captioned case be UNSEALED as to ISRAEL PEREZ only, the defendant has been apprehended.

Dated: June 13, 2012

_____
HON. GARY S. AUSTIN
U.S. Magistrate Judge

2