UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior U.S. District Court Judge<br>Fresno, California | **RE:  Israel PEREZ**<br>**Docket Number:  1:12CR00176-01 AWI**<br>**<u>Request For Sentencing Continuance</u>** |

Your Honor:

The defendant is housed at the Fresno County Jail.  In view of the current quarantine at the jail because of an outbreak of the H1N1 Swine Flu, there remains an inadequate amount of time to interview the defendant and prepare the sentencing report.  Defense Counsel and the Government have no objection (e-mail attached) to the sentencing hearing being continued to the early morning of April 14, 2014.  Thank you for your consideration.

Should Your Honor have any questions or concerns, please contact me at (559) 499-5733.

Respectfully submitted,

/s/ Melinda S. Peyret

**MELINDA S. PEYRET**
**Sr. United States Probation Officer**

**APPROVED BY:**

Dated:   January 21, 2014
         Fresno, California
         MSP:mp
Enc.
cc:  N. Reyes & P. Martinez, Defense Counsels
     M. Alsworth, AUSA

IT IS SO ORDERED.

Dated:   January 23, 2014                    _____
                                                  SENIOR DISTRICT JUDGE

**RE:** **John Yaohinh LEE**
**Docket Number: 1:12CR00351-02 LJO**

- 2 -